UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKUS JEON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NIO INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01644-WHO<br><br>**ORDER GRANTING UNOPPOSED MOTION TO TRANSFER**<br><br>Re: Dkt. No. 16 |

Defendants filed a motion to transfer this securities class action case to the Eastern District of New York, where a similar case was filed first. Dkt. No. 16. Plaintiff Jeon did not oppose or otherwise respond to the motion to transfer. In the related action – *Sidoli v. Nio. et al.*, Case No. 19-cv-1320 WHO – the named plaintiff filed a notice of non-opposition to transfer, as did one of the proposed lead plaintiffs. *See* Case No. 19-cv-1320 Dkt. Nos. 43, 44.

As in the related *Sidoli* action, the unopposed motion to transfer this case is GRANTED. This case shall be transferred to the Eastern District of New York.

**IT IS SO ORDERED.**

Dated: May 22, 2019

William H. Orrick
United States District Judge